IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOROTHY A. KEELER and LEO J. KEELER,<br><br>Plaintiffs,<br><br>v.<br><br>CRISTAUX, INC.<br><br>Defendant. | **Case No.: 1:15-cv-06393**<br><br>Honorable John J. Tharp, Jr. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Dorothy A. Keeler and Leo J. Keeler ("Keeler") and defendant Cristaux, Inc. ("Cristaux") hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), for dismissal of the above-captioned action with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: December 16, 2015

**LEO J. KEELER and
DOROTHY A. KEELER**

By: /s/ *Elinor Hart Murárová*
Elinor Hart Murárová (ARDC # 6306119)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Tel: 312-499-6784
Fax: 312-277-2389
Email: ehart@duanemorris.com

**CRISTAUX, INC.**

By: /s/ *David H. Levitt*
David H. Levitt
Hinshaw & Culbertson LLP
222 North laSalle Street – Suite 300
Chicago, IL 60601-1081
Tel: 312-704-3000
Fax: 312-704-3001
Email: dlevitt@hinshawlaw.com